EUGENE DUMAS, PLAINTIFF IN ERROR, v. PETER MAT-
THEWS, DEFENDANT IN ERROR.

On error to Passaic Circuit.

For the plaintiff in error, *Frank E. Pellet.*

THE CHANCELLOR.   In an advisory opinion to the Passaic
Circuit Court, the Supreme Court passed upon the single
question involved in this case when the case was before it *sub
nomine* (*Matthews* v. *Miller,* 18 *Vroom* 414), and, in conse-
quence, the judgment now under review was entered.

In *Poineer* v. *Bagnall,* 20 *Vroom* 226, this court expressly
disapproved Matthews *v.* Miller, and now, for the reasons
which induced that disapproval, it will reverse the judgment
below.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, DEPUE, GARRISON,
MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT,
COLE, McGREGOR, SMITH, WHITAKER.   13.